No. —. MID-CONTINENT INVESTMENT CO. *v.* IGOE, JUDGE; and

No. —. MINNEAPOLIS-HONEYWELL REGULATOR CO. *v.* BARNES, JUDGE. June 5, 1944. The motions for leave to file petitions for writs of mandamus are denied.

No. —. EX PARTE GEORGE W. PULLITT; and

No. —. EX PARTE PERCY BERRY. June 5, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EX PARTE THOMAS KING. June 5, 1944. The motion for leave to file petition for writ of habeas corpus is denied. Treating the papers as a petition for writ of certiorari to the Supreme Court of Illinois, certiorari is denied.

No. —. ROBERTS *v.* UNITED STATES DISTRICT COURT, EASTERN VIRGINIA. June 5, 1944. The motion for leave to file petition for certiorari is denied.

No. 2. UNITED STATES *v.* ALUMINUM COMPANY OF AMERICA ET AL.

June 12, 1944. *Per Curiam:* In this case there is wanting a quorum of six Justices qualified to hear it, see 320 U. S. 708. The cause is accordingly certified and transferred to the Circuit Court of Appeals for the Second Circuit, pursuant to § 2 of the Act of February 11, 1903, 32 Stat. 823, 15 U. S. C., § 29, as amended by the Act of June 9, 1944, c. 239, 58 Stat. 272.